# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

CHANDRA LYONS                                                                    PLAINTIFF
ADC # 704518

V.                                       NO: 1:16CV00145 JM

MOORE *et al*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Chandra Lyons' complaint is DISMISSED WITHOUT PREJUDICE. If Lyons wishes to continue this case, she is required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

2. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith

---

[1] The Court has reviewed docket numbers 3-5 and 7 and deems these pleadings to be objections to the Proposed Findings and Recommended Disposition. The motion to amend the complaint (docket 6) is DENIED as futile.

DATED this 3rd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE